B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>**Southern District of Florida** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Buono, Michael J** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-5438** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**106 N. Sewalls Pt. Road**<br>**Stuart, FL**<br>ZIP Code **34996** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Martin** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)
- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ■ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** _(This page must be completed and filed in every case)_ | Name of Debtor(s): **Buono, Michael J** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X** **/s/ Craig I. Kelley**              **June  1, 2012**<br>Signature of Attorney for Debtor(s)              (Date)<br>**Craig I. Kelley 782203** |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** (Check any applicable box) |
|---|
| ■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** (Check all applicable boxes) |
|---|
| ☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br>_____<br>(Address of landlord)<br><br>☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(12/11)                                                                                                      Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**

**Buono, Michael J**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X   /s/ Michael J Buono**

Signature of Debtor  **Michael J Buono**

**X**

Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**June  1, 2012**

Date

### Signature of Attorney*

**X   /s/ Craig I. Kelley**

Signature of Attorney for Debtor(s)

**Craig I. Kelley 782203**

Printed Name of Attorney for Debtor(s)

**Kelley & Fulton, PL**

Firm Name

**1665 Palm Beach Lakes Blvd**
**The Forum - Suite 1000**
**West Palm Beach, FL 33401**

Address

**Email: craig@kelleylawoffice.com**

**561-491-1200  Fax: 561-684-3773**

Telephone Number

**June  1, 2012**

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**

Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X**

Signature of Foreign Representative

Printed Name of Foreign Representative

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

**X**

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Southern District of Florida

In re    **Michael J Buono**                            Case No. _____

                                   Debtor(s)             Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* \_\_\_\_

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Michael J Buono**
                        **Michael J Buono**

Date:    **June  1, 2012**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re **Michael J Buono**
,
Debtor

Case No. _____

Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 672,710.00 | | |
| B - Personal Property | Yes | 4 | 33,436.79 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 1,160,274.37 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 25 | | 1,448,251.32 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 700.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 8,154.00 |
| Total Number of Sheets of ALL Schedules | | 39 | | | |
| Total Assets | | | 706,146.79 | | |
| Total Liabilities | | | | 2,608,525.69 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Southern District of Florida

In re **Michael J Buono**

Debtor ,

Case No. _____

Chapter _____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 700.00 |
| Average Expenses (from Schedule J, Line 18) | 8,154.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 700.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 462,564.37 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 1,448,251.32 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 1,910,815.69 |

**B6A (Official Form 6A) (12/07)**

.

In re    **Michael J Buono**                                                                     ,    Case No. _____
                                                         Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Property Address: 106 N. Sewalls Pt. Road Stuart, FL 34996.**<br>**Leagal Description: Township 37 South, Range 41 East, Lying Easterly from the Sewall's Point Road and extending to the waters of the Indian River...**<br>**Martin County, Florida. Parcel ID Number: 35-37-41-000-000-0010.0-10000**<br>**Deed Dated: December 10, 1999** | **Homestead** | - | **672,710.00** | **1,096,411.37** |

|  |  |  |
|---|---|---|
| Sub-Total > | **672,710.00** | (Total of this page) |
| Total > | **672,710.00** |  |

  **0**    continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re    **Michael J Buono**                                                              ,    Case No. _____
                                                   Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Cash on Hand** | - | 20.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **PNC Bank Checking Accouint ending 2485** | - | 4.01 |
| | | **PNC Bank Savings Account ending 3027** | J | 7.17 |
| | | **Account held jointly with non filing son.** | | |
| | | **PNC Bank Checking Account ending 0926** | - | 5.94 |
| | | **Bank of America Checking Account ending 3784** | - | 20.67 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **See Attached Personal Property Inventory** | - | 1,690.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **Clothing having no value to anyone else** | - | 5.00 |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | **Sports Equipment for footbal and basketball** | - | 90.00 |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

|  | Sub-Total >  | **1,842.79** |
|---|---|---|
|  | (Total of this page) |  |

__2__    continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Michael J Buono**                                                          ,    Case No. _____
                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >          **0.00**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                           Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Michael J Buono**                                              ,          Case No. _____
                                                   Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2004 Nissan Frontier EX VIN: 1N6ED27T64C461002 Mileage: 116,000** | - | 6,594.00 |
| | | **1997 Ford F530F RV (this vehicle is not in Debtor's possession) 3FCMF53G3VJA01400 Mileage** | - | 25,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | |
|---|---|
| Sub-Total > (Total of this page) | 31,594.00 |
| Total > | 33,436.79 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Schedule B Inventory

Buono

| Item | | Value | Age | Condition | J/H/W/C |
|---|---|---|---|---|---|
| Dishwasher, Refrigerator, Stove | | Included in valuation of home | | Fair | N/A |
| Washer and Dryer | | Included in valuation of home | | Fair | N/A |
| Couche | $ | 100.00 | 10 yrs old | Fair | N/A |
| 4 Chairs | $ | 80.00 | 10 yrs old | Poor | N/A |
| 2 Tables | $ | 60.00 | 10 yrs old | Poor | N/A |
| 2 Lamps | $ | 10.00 | 10 yrs old | Fair | N/A |
| | | | | | |
| Table | $ | 45.00 | 10 yrs old | Poor | N/A |
| Chair | $ | 15.00 | 10 yrs old | Poor | N/A |
| | | | | | |
| 4 Beds | $ | 220.00 | 12 yrs old | Fair | N/A |
| Chair | $ | 10.00 | 12 yrs old | Fair | N/A |
| 2 Dressers | $ | 60.00 | 12 yrs old | Fair | N/A |
| 2 Chests of Drawers | $ | 65.00 | 12 yrs old | Fair | N/A |
| 3 Desks | $ | 80.00 | 12 yrs old | Fair | N/A |
| Mirror | $ | 20.00 | 12 yrs old | Fair | N/A |
| 6 Lamps | $ | 60.00 | 12 yrs old | Poor | N/A |
| 4 TVs | $ | 200.00 | 8 yrs old | Fair | N/A |
| Stereo | $ | 25.00 | 8 yrs old | Fair | N/A |
| DVD Player | $ | 20.00 | 8 yrs old | Fair | N/A |
| Computer | $ | 60.00 | 8 yrs old | Fair | N/A |
| Couch | $ | 25.00 | 8 yrs old | Fair | N/A |
| | | | | | |
| Table | $ | 50.00 | 12 yrs old | Fair | N/A |
| 6 Chairs | $ | 120.00 | 12 yrs old | Fair | N/A |
| Microwave | $ | 20.00 | 12 yrs old | Fair | N/A |
| Assorted Dishes | $ | 20.00 | 12 yrs old | Fair | N/A |
| Assorted Cookware | $ | 30.00 | 12 yrs old | Poor | N/A |
| | | | | | |
| Stereo | $ | 45.00 | 8 yrs old | Fair | N/A |
| Desk | $ | 60.00 | 8 yrs old | Fair | N/A |
| Chari | $ | 15.00 | 8 yrs old | Fair | N/A |
| Vacuum Cleaner | $ | 30.00 | 8 yrs old | Poor | N/A |
| Iron | $ | 5.00 | 8 yrs old | Fair | N/A |
| Camera | $ | 20.00 | 8 yrs old | Fair | N/A |
| Generator | $ | 80.00 | 8 yrs old | Fair | N/A |
| Bookcase | $ | 40.00 | 8 yrs old | Fair | N/A |
| | | | | | |
| Total: | $ | 1,690.00 | | | |

B6C (Official Form 6C) (4/10)

.

In re  **Michael J Buono**                                                          ,    Case No. _____

                                                      Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ■ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                            *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **Property Address: 106 N. Sewalls Pt. Road Stuart, FL 34996.** **Leagal Description: Township 37 South, Range 41 East, Lying Easterly from the Sewall's Point Road and extending to the waters of the Indian River... Martin County, Florida. Parcel ID Number: 35-37-41-000-000-0010.0-10000 Deed Dated: December 10, 1999** | **Fla. Const. art. X, § 4(a)(1); Fla. Stat. Ann. §§ 222.01 & 222.02** | **672,710.00** | **672,710.00** |
| **Cash on Hand** | | | |
| **Cash on Hand** | **Fla. Const. art. X, § 4(a)(2)** | **20.00** | **20.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **PNC Bank Checking Accouint ending 2485** | **Fla. Const. art. X, § 4(a)(2)** | **4.01** | **4.01** |
| **PNC Bank Savings Account ending 3027** | **Fla. Const. art. X, § 4(a)(2)** | **7.17** | **14.34** |
| **Account held jointly with non filing son.** | | | |
| **PNC Bank Checking Account ending 0926** | **Fla. Const. art. X, § 4(a)(2)** | **5.94** | **5.94** |
| **Bank of America Checking Account ending 3784** | **Fla. Const. art. X, § 4(a)(2)** | **20.67** | **20.67** |
| **Household Goods and Furnishings** | | | |
| **See Attached Personal Property Inventory** | **Fla. Const. art. X, § 4(a)(2)** | **942.21** | **1,690.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2004 Nissan Frontier EX VIN: 1N6ED27T64C461002 Mileage: 116,000** | **Fla. Stat. Ann. § 222.25(1)** | **1,000.00** | **6,594.00** |

|  | Total: | **674,710.00** | **681,058.96** |

__0__  continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re    **Michael J Buono**                                                    ,          Case No. _____
_____
                            Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **59102006178019** | | | | Opened 2/14/2006 | | | | | |
| **Bank Of America** **Po Box 5170** **Simi Valley, CA 93062** | | | J | **Final Judgment entered on September 29, 2010.** **1997 Ford F530F RV** **3FCMF53G3VJA01400** | X | X | X | | |
| | | | | Value $                25,000.00 | | | | 63,863.00 | 38,863.00 |
| Account No. | | | | | | | | | |
| **Sapurstein & Bloch, P.A.** **9700 South Dixie Highway Suite 1000** **Miami, FL 33156** | | | | **Additional Notice:** **Bank Of America** | | | | **Notice Only** | |
| | | | | Value $ | | | | | |
| Account No. **3500295** | | | | Opened  1/01/05 **First Mortgage** **Property Address: 106 N. Sewalls Pt.** **Road Stuart, FL 34996.** **Leagal Description:  Parcel No.:** **35-37-41000-000-0010.0-10000.** **FINAL JUDJMENT ENTERED ON MARCH** **16, 2012. SALE DATE SET FOR JUNE 5,** | | | | | |
| **Bank United** **P.O. Box 660923** **Dallas, TX 75266** | | | - | | X | X | X | | |
| | | | | Value $              672,710.00 | | | | 589,977.37 | 0.00 |
| Account No. | | | | | | | | | |
| **Kahane & Associates, P.A.** **8201 Peters Road, Suite 3000** **Fort Lauderdale, FL 33324** | | | | **Additional Notice:** **Bank United** | | | | **Notice Only** | |
| | | | | Value $ | | | | | |
| __1__  continuation sheets attached | | | | Subtotal (Total of this page) | | | | 653,840.37 | 38,863.00 |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re __Michael J Buono_____,    Case No. _____

                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **4386540314272189** | | | | | Opened 11/1/2007 **Second Mortgage** **Property Address: 106 N. Sewalls Pt. Road Stuart, FL 34996.** **Leagal Description: Parcel No.: 35-37-41000-000-0010.0-10000.** **FINAL JUDGMENT ENTERED ON MAY 29, 2010** | | | | | |
| **Wells Fargo / Wachovia** Po Box 50014 Roanoke, VA 24040 | - | | | | | | | | | |
| | | | | | Value $  672,710.00 | | | | **506,434.00** | **423,701.37** |
| Account No. **2189** | | | | | | | | | | |
| **Greenspoon Marder, PA** 250 Australian Ave West Palm Beach, FL 33401 | | | | | **Additional Notice:** **Wells Fargo / Wachovia** | | | | **Notice Only** | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | **506,434.00** | **423,701.37** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **1,160,274.37** | **462,564.37** |

B6E (Official Form 6E) (4/10)

In re    **Michael J Buono**                                                           ,    Case No. _____

                                            Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*  Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                            **0**      continuation sheets attached

B6F (Official Form 6F) (12/07)

In re    **Michael J Buono**
_____,    Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Promissory Note. | | | | |
| **A&E Realty Investment, LLC 3355 Burns Road, #104 Palm Beach Gardens, FL 33410** | X | J | | X | X | X | 60,000.00 |
| Account No. | | | Additional Notice: **A&E Realty Investment, LLC** | | | | |
| **Pathman Lewis, LLP One Biscayne Tower, Suite 2400 Miami, FL 33131** | | | | | | | Notice Only |
| Account No. 3727-351522-91002 | | | Opened 8/01/96 Miscellaneous credit card purchases | | | | |
| **American Express American Express Special Research Po Box 981540 El Paso, TX 79998** | | - | | | | | 3,874.00 |
| Account No. 91002 | | | Additional Notice: **American Express** | | | | |
| **Law Office of Mitchell M. Kay PC 7 Penn Plaza New York, NY 10001-3995** | | | | | | | Notice Only |

|  | Subtotal (Total of this page) | 63,874.00 |
|---|---|---|

__24__  continuation sheets attached

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                    S/N:26644-120516    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael J Buono**                                                                    ,          Case No. _____
                                           Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **91002** | | | | | | | |
| Nationwide Credit, Inc. 4740 N State Road 7 Suite 108 Lauderdale Lakes, FL 33319-5839 | | | Additional Notice: American Express | | | | **Notice Only** |
| Account No. **91002** | | | | | | | |
| Wagner & Hunt, P.A. P.O. Box 934788 Margate, FL 33093-4788 | | | Additional Notice: American Express | | | | **Notice Only** |
| Account No. **14005** | | | **Miscellaneous credit card purchases** | | | | |
| American Express P.O. Box 981537 El Paso, TX 79998 | - | | | | | | **46,686.53** |
| Account No. **14005** | | | | | | | |
| FirstSource 7650 Magna Drive Belleville, IL 62223 | | | Additional Notice: American Express | | | | **Notice Only** |
| Account No. **14005** | | | | | | | |
| Wagner & Hunt, P.A. P.O. Box 934788 Margate, FL 33093-4788 | | | Additional Notice: American Express | | | | **Notice Only** |

Sheet no. __1__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)                          **46,686.53**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael J Buono**                                                                , Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Loan | | | | |
| Andria Barber 2636 Settlement Drive Jacksonville, FL 32226 | | - | | | | | | 5,000.00 |
| Account No. | | | | Opened 1/12/2007 Potential personal guaranty of debt owed by The 2008 Freedom LLC, and/or its owners, for the time period that the Debtor was one of the owners of this entity, now defunct. | | | | |
| Angie Kenyon 6441 SW 145 Street Miami, FL 33158 | X | | J | | | | | 16,000.00 |
| Account No. | | | | Potential personal guaranty of debt owed by The Atlas Holdings LLC and/or its owners, for the time period that the Debtor was one of the owners of this entity, now defunct. | | | | |
| Art House 56 Stephenson Lane Belfast, ME 04915 | X | | J | | | | | 185,000.00 |
| Account No. 41640662 | | | | Opened 6/01/10 Miscellaneous credit card purchases | | | | |
| Asset Acceptance Llc Attention: Bankruptcy Po Box 2036 Warren, MI 48090 | | - | | | | | | 53,094.00 |
| Account No. 41640662 | | | | Additional Notice: Asset Acceptance Llc | | | | |
| Citibank P.O. Box 6532 The Lakes, NV 88901-6532 | | | | | | | | Notice Only |

Sheet no. __2__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        259,094.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Michael J Buono** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 21145632<br><br>**Associated Recovery Systems**<br>**201 West Grand Avenue**<br>**Escondido, CA 92025** | - | | **Miscellaneous credit card purchases** | | | | 1,796.95 |
| Account No. 3282<br><br>**ACI**<br>**6341 Inducon Drive Eaast**<br>**Sanborn, NY 14132-9097** | | | Additional Notice:<br>**Associated Recovery Systems** | | | | Notice Only |
| Account No. 3282<br><br>**Chase Bank, USA**<br>**P.O. Box 15650**<br>**Wilmington, DE 19886-5650** | | | Additional Notice:<br>**Associated Recovery Systems** | | | | Notice Only |
| Account No. 74973996062849<br><br>**Bank Of America**<br>**4060 Ogletown/Stanton Rd**<br>**Newark, DE 19713** | - | | **Opened  5/01/00**<br>**Miscellaneous credit card purchases** | | | | 26,083.00 |
| Account No. 7951<br><br>**Capital Management Services, LP**<br>**726 Exchange Street, Suite 700**<br>**Buffalo, NY 14210** | | | Additional Notice:<br>**Bank Of America** | | | | Notice Only |

Sheet no. **3** of **24** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **27,879.95**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael J Buono**                                               ,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **2849**<br><br>**Plaza Associates**<br>**370 7th Avenue**<br>**New York, NY 10001-3900** | | | | **Additional Notice:**<br>**Bank Of America** | | | | **Notice Only** |
| Account No. **9141255**<br><br>**Professional Recovery Services**<br>**P.O. Box 1880**<br>**Voorhees, NJ 08043** | | | | **Additional Notice:**<br>**Bank Of America** | | | | **Notice Only** |
| Account No. **2849**<br><br>**VCS-Viking Collection**<br>**Svc-Correspondence**<br>**P.O. Box 59207**<br>**Minneapolis, MN 55459-0207** | | | | **Additional Notice:**<br>**Bank Of America** | | | | **Notice Only** |
| Account No. **4264298996565001**<br><br>**Bank Of America**<br>**4060 Ogletown/Stanton Rd**<br>**Newark, DE 19713** | - | | | **Opened  9/01/01**<br>**Miscellaneous credit card purchases** | | | | **12,058.00** |
| Account No. **5001**<br><br>**Creditors Interchange**<br>**P.O. Box 1335**<br>**Buffalo, NY 14240-1335** | | | | **Additional Notice:**<br>**Bank Of America** | | | | **Notice Only** |

Sheet no. __**4**___ of __**24**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**12,058.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Michael J Buono**                                              ,        Case No. _____
_____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5001** | | | | | | | | |
| **Financial Recovery Services, Inc.** **P.O. Box 385908** **Minneapolis, MN 55438** | | | | Additional Notice: Bank Of America | | | | **Notice Only** |
| Account No. **5001** | | | | | | | | |
| **Frederick J. Hanna & Associates PC** **1655 Enterprise Way** **Marietta, GA 30067** | | | | Additional Notice: Bank Of America | | | | **Notice Only** |
| Account No. **9098** | | | | | | | | |
| **NCC Business Services, Inc.** **3733 University Blvd., W Ste 300** **Jacksonville, FL 32217** | | | | Additional Notice: Bank Of America | | | | **Notice Only** |
| Account No. **5001** | | | | | | | | |
| **NES - National Enterprise System** **29125 Solon Road** **Solon, OH 44139** | | | | Additional Notice: Bank Of America | | | | **Notice Only** |
| Account No. | | | | Loan | | | | |
| **Bob Dinges** **2514 Red Arrow Dr** **Las Vegas, NV 89135** | | - | | | | | | **300,000.00** |

| | | |
|---|---|---|
| Sheet no. __5___ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **300,000.00** |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Michael J Buono**                                                    ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 4417128695953396 <br><br> **Chase** <br> **201 N. Walnut St//De1-1027** <br> **Wilmington, DE 19801** | - | | | | **Opened  7/01/97** <br> **Miscellaneous credit card purchases** | X | X | X | **31,316.00** |
| Account No. <br><br> **Philip A. Orsi, Esq** <br> **1191 E Newport Center Dr #101** <br> **Deerfield Beach, FL 33442** | | | | | **Additional Notice:** <br> **Chase** | | | | **Notice Only** |
| Account No. 1523003518243282 <br><br> **Chase** <br> **P.O. Box 15153** <br> **Wilmington, DE 19886-1194** | - | | | | **Miscellaneous credit card purchases** | | | | **1,796.96** |
| Account No. 3282 <br><br> **ACI** <br> **6341 Inducon Drive Eaast** <br> **Sanborn, NY 14132-9097** | | | | | **Additional Notice:** <br> **Chase** | | | | **Notice Only** |
| Account No. 3282 <br><br> **LTD Financial Services** <br> **7322 Southwest Freeway, Suite 1600** <br> **Houston, TX 77074** | | | | | **Additional Notice:** <br> **Chase** | | | | **Notice Only** |

Sheet no. __6___ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                 **33,112.96**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Michael J Buono** _____,  Case No. _____

                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **3282**<br><br>**MCM**<br>**Dept 12421**<br>**PO Box 603**<br>**Oaks, PA 19456** | | | | Additional Notice:<br>**Chase** | | | | **Notice Only** |
| Account No. **5184-4500-0180-4164**<br><br>**Chase Bank**<br>**Cardmember Service**<br>**P.O. Box 15153**<br>**Wilmington, DE 19886-5153** | - | | | Opened 12/1999<br>Miscellaneous credit card purchases | X | X | X | **6,112.00** |
| Account No. **4164**<br><br>**Alliance One**<br>**4850 Street Road**<br>**Suite 300**<br>**Trevose, PA 19053** | | | | Additional Notice:<br>**Chase Bank** | | | | **Notice Only** |
| Account No. **4164**<br><br>**Asset Acceptance, LLC**<br>**PO Box 2039**<br>**Warren, MI 48090-2039** | | | | Additional Notice:<br>**Chase Bank** | | | | **Notice Only** |
| Account No. **4164**<br><br>**Capital Management Services, Inc.**<br>**726 Exchange Street**<br>**Suite 700**<br>**Buffalo, NY 14210** | | | | Additional Notice:<br>**Chase Bank** | | | | **Notice Only** |

Sheet no. __7__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**6,112.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael J Buono**                                                    ,   Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **4164** <br><br> **Fulton Friedaman & Gullace, LLP** <br> **P.O. Box 2124** <br> **Warren, MI 48090** | | | | | Additional Notice: <br> **Chase Bank** | | | | **Notice Only** |
| Account No. **3274** <br><br> **Nelson, Watson & Associates, LLC** <br> **88 Essex St.,** <br> **Suite 7** <br> **Haverhill, MA 01832** | | | | | Additional Notice: <br> **Chase Bank** | | | | **Notice Only** |
| Account No. <br><br> **Philip A. Orsi, Esq** <br> **1191 E Newport Center Dr #101** <br> **Deerfield Beach, FL 33442** | | | | | Additional Notice: <br> **Chase Bank** | | | | **Notice Only** |
| Account No. **4164** <br><br> **Resurgent Capital Service** <br> **P.O. Box 10587** <br> **Greenville, SC 29601** | | | | | Additional Notice: <br> **Chase Bank** | | | | **Notice Only** |
| Account No. **9155173** <br><br> **Valentine & Kebartas, Inc.** <br> **15 Union Street** <br> **Lawrence, MA 01840** | | | | | Additional Notice: <br> **Chase Bank** | | | | **Notice Only** |

Sheet no. __**8**__ of __**24**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael J Buono**                                             ,          Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **5410-6584-0242-0895** | | | | | **Opened 11/2008** **Miscellaneous credit card purchases** | | | | |
| **Citibank** **P.O. Box 6532** **The Lakes, NV 88901-6532** | - | | | | | | | | **28,477.00** |
| Account No. **0895** | | | | | **Additional Notice:** **Citibank** | | | | |
| **Asset Acceptance, LLC** **PO Box 2039** **Warren, MI 48090-2039** | | | | | | | | | **Notice Only** |
| Account No. **0895** | | | | | **Additional Notice:** **Citibank** | | | | |
| **Capital Management Services, LP** **726 Exchange Street, Suite 700** **Buffalo, NY 14210** | | | | | | | | | **Notice Only** |
| Account No. **0895** | | | | | **Additional Notice:** **Citibank** | | | | |
| **United Collection Bureau, Inc.** **PO Box 140190** **Toledo, OH 43614** | | | | | | | | | **Notice Only** |
| Account No. **103239612** | | | | | **Services** | | | | |
| **Collect Systems** **P.O. Box 361567** **Columbus, OH 43236** | - | | | | | | | | **185.72** |

Sheet no. __**9**___ of __**24**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**28,662.72**

B6F (Official Form 6F) (12/07) - Cont.

In re __Michael J Buono_____,    Case No. _____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **9612** <br><br>**Broadway Security** <br>**P.O. Box 660418** <br>**Dallas, TX 75266** | | | Additional Notice: <br>**Collect Systems** | | | | **Notice Only** |
| Account No. **C100-S09SGI-026210-5** <br><br>**Credit Counsel Inc.** <br>**1400 N.E. Miami Gardens Dr. # 216** <br>**Miami, FL 33179** | X | J | Potential personal guaranty of debt owed by The 2008 Freedom LLC,  and Crescent Sound yacht club LLC and/or its owners, for the time period that the Debtor was one of the owners of this entity, now defunct. | | | | **35,874.94** |
| Account No. **026210-5** <br><br>**Southern Goals Inc.** <br>**506 SW Federal Hwy** <br>**Stuart, FL 34994** | | | Additional Notice: <br>**Credit Counsel Inc.** | | | | **Notice Only** |
| Account No. **6011004270631944** <br><br>**Discover Financial** <br>**Attention:  Bankruptcy Department** <br>**Po Box 3025** <br>**New Albany, OH 43054** | - | | Opened  9/01/00 <br>Miscellaneous credit card purchases | | | | **14,790.00** |
| Account No. **1944** <br><br>**Associated Recovery Systems** <br>**201 West Grand Avenue** <br>**Escondido, CA 92025** | | | Additional Notice: <br>**Discover Financial** | | | | **Notice Only** |

Sheet no. __10__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **50,664.94**

B6F (Official Form 6F) (12/07) - Cont.

In re     **Michael J Buono**                                                    ,            Case No. _____
                                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1944** <br><br> **Financial Recovery Services, Inc** <br> **P.O. Box 385908** <br> **Minneapolis, MN 55438-5908** | | | **Additional Notice:** <br> **Discover Financial** | | | | **Notice Only** |
| Account No. **1944** <br><br> **Focus Receivables Management** <br> **5601 Office Blvd. NE, Ste 500** <br> **Albuquerque, NM 87109** | | | **Additional Notice:** <br> **Discover Financial** | | | | **Notice Only** |
| Account No. **1944** <br><br> **Northstar Location Services, LLC** <br> **4285 Genesee Street** <br> **Cheektowaga, NY 14225-1943** | | | **Additional Notice:** <br> **Discover Financial** | | | | **Notice Only** |
| Account No. **4832910** <br><br> **Simm Associates, Inc** <br> **P.O. Box 7526** <br> **Newark, DE 19714-7526** | | | **Additional Notice:** <br> **Discover Financial** | | | | **Notice Only** |
| Account No. <br><br> **Everson, Huber & Associates LLC** <br> **3535 Roswell Road   Suite 55** <br> **Marietta, GA 30062** | - | | **Collection** | X | X | X | **Unknown** |

| Sheet no. _**11**_ of _**24**_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **0.00** |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael J Buono**                                                    ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. 74973147317951<br><br>**FIA Card**<br>**PO Box 15026**<br>**Wilmington, DE 19850-5026** | | - | | **Opened 10/2008**<br>**Miscellaneous credit card purchases** | | | | **22,985.00** |
| Account No. 4264-2988-6642-7191<br><br>**FIA Card**<br>**PO Box 15026**<br>**Wilmington, DE 19850-5026** | | - | | **Opened 10/2008**<br>**Miscellaneous credit card purchases** | | | | **10,935.00** |
| Account No. 7191<br><br>**AmTrust Bank**<br>**PO Box 89434**<br>**Cleveland, OH 44101-6434** | | | | **Additional Notice:**<br>**FIA Card** | | | | **Notice Only** |
| Account No. 4988-8200-0241-4018<br><br>**FIRST EQUITY**<br>**PO BOX 23029**<br>**Columbus, GA 31902** | | - | | **Opened 12/2008**<br>**Miscellaneous credit card purchases** | | | | **20,655.00** |
| Account No. 4018<br><br>**American Coradius International**<br>**2420 Sweet Home Road**<br>**Suite 150**<br>**Buffalo, NY 14228** | | | | **Additional Notice:**<br>**FIRST EQUITY** | | | | **Notice Only** |

Sheet no. __12__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **54,575.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael J Buono**                                              ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **4018** | | | | Additional Notice: FIRST EQUITY | | | | |
| **ARSI** **P.O. Box 1625** **Thousand Oaks, CA 91358** | | | | | | | | **Notice Only** |
| Account No. **4018** | | | | Additional Notice: FIRST EQUITY | | | | |
| **NCO Financial** **507 Prudential Road** **Horsham, PA 19044** | | | | | | | | **Notice Only** |
| Account No. **1523618090501160** | | | | **Miscellaneous credit card purchases** | | | | |
| **GE Money Bank** **P.O. Box 981438** **El Paso, TX 79998-1438** | | - | | | | | | **1,696.27** |
| Account No. **1160** | | | | Additional Notice: **GE Money Bank** | | | | |
| **Midland Funding, LLC** **8875 Aero Drive Suite 200** **San Diego, CA 92123** | | | | | | | | **Notice Only** |
| Account No. **1160** | | | | Additional Notice: **GE Money Bank** | | | | |
| **The Law Office of Sidney Mickell** **5050 Palo Verde Street, Suite 113** **Montclair, CA 91763** | | | | | | | | **Notice Only** |

Sheet no. __**13**__ of __**24**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **1,696.27**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Michael J Buono**
,
Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **7981923700912510**<br><br>**GE Money Bank/lowe's**<br>**P.O. Box 981438**<br>**El Paso, TX 79998-1438** | - | | **Miscellaneous credit card purchases** | | | | **1,685.00** |
| Account No. **8727**<br><br>**MCM**<br>**P.O. BOx 603**<br>**Oaks, PA 19456** | | | **Additional Notice:**<br>**GE Money Bank/lowe's** | | | | **Notice Only** |
| Account No. **12526**<br><br>**Gulf Coast Collection**<br>**5630 Marquesas Cir**<br>**Sarasota, FL 34233** | - | | **Opened  7/01/10**<br>**Collection** | | | | **694.00** |
| Account No. **2796**<br><br>**Guy Yudin & Foster, LLP**<br>**55 East Ocean Blvd**<br>**Stuart, FL 34994** | - | | **Services** | | | | **9,747.01** |
| Account No. **COWE11013528/28**<br><br>**Herbert Stettin**<br>**1 Biscayne Tower Ste 3250**<br>**Miami, FL 33131** | - | | **Collection** | X | X | X | **Unknown** |

Sheet no. __14__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**12,126.01**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Michael J Buono**                                                    ,        Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Rothstein Rosenfeldt Adler, P.A. 501 Brickell Key Drive Miami, FL 33131 | | | | Additional Notice: Herbert Stettin | | | | **Notice Only** |
| Account No. | | | | | | | | |
| Sprechman & Associates, P.A. Steven B. Sprechman, Esq. File No. 52967 2775 Sunny Isles Blve, Suite 100 Miami, FL 33160-4007 | | | | Additional Notice: Herbert Stettin | | | | **Notice Only** |
| Account No. 06603638 | | | | Medical expenses incurred. | | | | |
| Humana P.O. Box 740518 Atlanta, GA 30374 | | - | | | | | | **752.75** |
| Account No. | | | | Collection | | | | |
| Indigo Real Estate LLC 296 Indigo Blue Street Delaware, OH 43015 | | - | | | X | X | X | **Unknown** |
| Account No. | | | | | | | | |
| Shutts & Bowen LLP 525 Okeechobee Blvd Suite 1100 Suite 1500 West Palm Beach, FL 33401 | | | | Additional Notice: Indigo Real Estate LLC | | | | **Notice Only** |

Sheet no. __15__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**752.75**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Michael J Buono**                                    ,  Case No. _____

                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No. | | | | | Potential personal guaranty of debt owed by The 2008 Freedom LLC, and/or its owners, for the time period that the Debtor was one of the owners of this entity, now defunct. | | | | |
| John Lechler 3401 31st Ave SW Naples, FL 34117 | X | | J | | | | | | |
| | | | | | | | | | 100,000.00 |
| Account No. | | | | | Loan | | | | |
| Kris Svelling 13550 old Dixie Hwy Sebastian, FL 32958 | | - | | | | | | | |
| | | | | | | | | | 1,500.00 |
| Account No. | | | | | Loan | | | | |
| Leonard Albanese 1200 S Rogers Circle #11 Boca Raton, FL 33487 | | - | | | | | | | |
| | | | | | | | | | Unknown |
| Account No. | | | | | Loan | | | | |
| Lou Weltman 3205 NW 62nd St Boca Raton, FL 33496 | | - | | | | | | | |
| | | | | | | | | | Unknown |
| Account No. 001-0153767-001 | | | | | Loan | | | | |
| Marlin Leasing 300 Fellowship Road Mount Laurel, NJ 08054 | | - | | | | | | | |
| | | | | | | | | | 16,484.80 |

Sheet no. __16__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)              117,984.80

B6F (Official Form 6F) (12/07) - Cont.

In re __Michael J Buono_____,          Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **7007** <br><br> **GB Collects, LLC** <br> **145 Bradford Drive** <br> **West Berlin, NJ 08091** | | | Additional Notice: <br> **Marlin Leasing** | | | | **Notice Only** |
| Account No. 8539306153 <br><br> **Midland Funding** <br> **8875 Aero Dr Ste 200** <br> **San Diego, CA 92123** | | - | Opened  3/01/11 <br> **Miscellaneous credit card purchases** | | | | **2,315.00** |
| Account No. 8539306153 <br><br> **Chase Bank USA** <br> **P.O. Box 15298** <br> **Wilmington, DE 19850** | | | Additional Notice: <br> **Midland Funding** | | | | **Notice Only** |
| Account No. <br><br> **National City Bank** <br> **PO Box 5570** <br> **Cleveland, OH 44101** | X | - | Promissory note | X | X | X | **Unknown** |
| Account No. <br><br> **Fidelity Federal Bank & Trust** <br> **205 Datura Street** <br> **West Palm Beach, FL 33401** | | | Additional Notice: <br> **National City Bank** | | | | **Notice Only** |

Sheet no. __17__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,315.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __Michael J Buono_____,     Case No. _____
                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W / J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **GRAYROBINSON, P.A.** <br> **1795 West Masa Blvd** <br> **Melbourne, FL 32901** | | | Additional Notice: <br> **National City Bank** | | | | **Notice Only** |
| Account No. <br><br> **Parker lenders LLC** <br> **75 N.E. 6th Avenue Suite 103**□□ <br> **Delray Beach, FL 33483** | X | J | **Potential personal guaranty of debt owed by The AW Parkers Development, LLC and/or its owners, for the time period that the Debtor was one of the owners of this entity, now defunct.** | X | X | X | **Unknown** |
| Account No. <br><br> **Weintraub & Weintraub, P.A.** <br> **2700 North Military Trail Suite 355** <br> **Boca Raton, FL 33431** | | | Additional Notice: <br> **Parker lenders LLC** | | | | **Notice Only** |
| Account No. 66416-48425 <br><br> **Petron Associates LLC** <br> **P.P. Box 5598** <br> **Newark, DE 19714** | - | | Collection | | | | **250.00** |
| Account No. 66417-48426 <br><br> **Petron Associates LLC** <br> **P.P. Box 5598** <br> **Newark, DE 19714** | - | | | | | | **250.00** |

Sheet no. __18__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                Subtotal       **500.00**
           (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Michael J Buono**                                                    , Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Prime Point Properties LLC** <br> **12 Cedearcrest Dr.** <br> **Saratoga Springs, NY 12866** | - | | **Opened 2/11/2008** <br> **Promissory Note** | | | | **35,000.00** |
| Account No. <br><br> **Mike Kilinski** <br> **P.O. Box 3314** <br> **Saratoga Springs, NY 12866** | | | **Additional Notice:** <br> **Prime Point Properties LLC** | | | | **Notice Only** |
| Account No. **S0627500431** <br><br> **RMR** <br> **409 Bearden Paark Circle** <br> **Knoxville, TN 37919** | - | | **Medical expenses incurred.** | | | | **9,659.00** |
| Account No. <br><br> **ST Vincent's Birmingham** <br> **810 St. Vincent Drive** <br> **Birmingham, AL 35205** | | | **Additional Notice:** <br> **RMR** | | | | **Notice Only** |
| Account No. **393467352-WM** <br><br> **RMS** <br> **4838 Breksville Rd** <br> **PO Box 523** <br> **Richfield, OH 44286** | - | | **Services** | | | | **93.00** |

Sheet no. __19__ of __24__  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **44,752.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Michael J Buono**                                                    ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **Robert Bashwiner** **5964 Set-n-Sun Place** **Jupiter, FL 33458** | - | | | | **Opened 46/4/2009** **Promissory Note** | X | X | X | 107,000.00 |
| Account No. **09-34791-BKC-RBR** **Rothstein Rosenfeldt Adler, P.A.** **501 Brickell Key Drive** **Miami, FL 33131** | - | | | | **Collection** | | | | **Unknown** |
| Account No. **150008** **Rothstein Rosenfeldt Adler, P.A.** **501 Brickell Key Drive** **Miami, FL 33131** | - | | | | **Collection** | | | | 6,608.14 |
| Account No. **149314** **Rothstein Rosenfeldt Adler, P.A.** **501 Brickell Key Drive** **Miami, FL 33131** | X | J | | | **Potential personal guaranty of debt owed by The AW Parkers Development, LLC and/or its owners, for the time period that the Debtor was one of the owners of this entity, now defunct.** | X | X | X | 25,358.56 |
| Account No. **112553** **Rothstein Rosenfeldt Adler, P.A.** **501 Brickell Key Drive** **Miami, FL 33131** | X | J | | | **Potential personal guaranty of debt owed by The Crescent Sound yacht club LLC and/or its owners, for the time period that the Debtor was one of the owners of this entity, now defunct.** | X | X | X | 4,500.00 |

Sheet no. __20__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

143,466.70

B6F (Official Form 6F) (12/07) - Cont.

In re __Michael J Buono__ ,                                    Case No. _____
                                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1268596** | | | Collection | | | | |
| **Rush, Marshall, Jones & Kelly, P.A.** **109 East Church Street, Fifth Floor** **Orlando, FL 32802** | - | | | X | X | X | 3,770.84 |
| Account No. | | | Loan | | | | |
| **Seth Lipson** **1920 Palm Beach Lakes Blvd** **West Palm Beach, FL 33409** | - | | | | | | 5,000.00 |
| Account No. **2901668-HO** | | | Medical expenses incurred. | | | | |
| **Sheridan Health Corp Inc** **P.O. Box 817737** **Hollywood, FL 33081** | - | | | | | | 95.40 |
| Account No. **2009180780A** | | | | | | | |
| **Small Business Administration** **801 Tom Martin Drive, Ste 120** **Birmingham, AL 35211** | - | | | | | | 7,202.02 |
| Account No. **0780** | | | **Additional Notice:** | | | | |
| **CBE Group** **131 Tower Park Drive** **Suite 1** **Waterloo, IA 50702** | | | **Small Business Administration** | | | | **Notice Only** |

| Sheet no. __21__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 16,068.26 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael J Buono**                                              ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **780A** <br><br> **Progressive Financial Services, LLC** <br> **P.O. BOx 24216** <br> **Tempe, AZ 85285** | | | | | **Additional Notice:** <br> **Small Business Administration** | | | | **Notice Only** |
| Account No. **0000449663** <br><br> **SRA Associates, Inc.** <br> **401 Minnetonka Road** <br> **Hi Nella, NJ 08083** | | - | | | **Loan** | | | | **25,034.55** |
| Account No. **9663** <br><br> **CIGPF Corp** <br> **P.O. Box 23060** <br> **Columbus, GA 31902** | | | | | **Additional Notice:** <br> **SRA Associates, Inc.** | | | | **Notice Only** |
| Account No. **26410316** <br><br> **Sst/cigpficorp** <br> **4315 Pickett Rd** <br> **Saint Joseph, MO 64503** | | - | | | **Opened 10/01/05** <br> **Miscellaneous credit card purchases** | | | | **17,506.00** |
| Account No. **4707886188848113** <br><br> **State Farm Financial S** <br> **Po Box 2328** <br> **Bloomington, IL 61702** | | - | | | **Opened  9/01/02** <br> **Miscellaneous credit card purchases** | X | X | X | **23,203.00** |

Sheet no. __22__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **65,743.55**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Michael J Buono**                                          ,          Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Bray & Lunsford, P.A.**<br>**421 W Church Street**<br>**Jacksonville, FL 32202-4173** | | | **Additional Notice:**<br>**State Farm Financial S** | | | | **Notice Only** |
| Account No.<br><br>**Law Office of Erskine & Fleisher**<br>**55 Weston Road Suite 300**<br>**Fort Lauderdale, FL 33326** | | | **Additional Notice:**<br>**State Farm Financial S** | | | | **Notice Only** |
| Account No. **2641**<br><br>**State Farm Financial S**<br>**Po Box 2328**<br>**Bloomington, IL 61702** | - | | **Miscellaneous credit card purchases** | | | | **24,486.00** |
| Account No.<br><br>**Steven Jensen**<br>**222 San Remo Dr**<br>**Jupiter, FL 33458** | - | | **Loan** | | | | **75,000.00** |
| Account No. **4352376735151532**<br><br>**Tnb-Visa  (TV) / Target**<br>**C/O Financial & Retail Services**<br>**Mailstop BV   P.O.Box 9475**<br>**Minneapolis, MN 55440** | - | | **Opened  2/01/06**<br>**Miscellaneous credit card purchases.**<br>**FINAL JUDGMENT ENTERED ON FEBRUARY 15, 2011** | | | | **10,578.00** |

Sheet no. __23__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **110,064.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __Michael J Buono_____,        Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| **Account No.**<br><br>**Rubin & Debski, P.A.**<br>**P.O. Box 47718**<br>**Jacksonville, FL 32247** | | | | | **Additional Notice:**<br>**Tnb-Visa (TV) / Target** | | | | **Notice Only** |
| **Account No.**<br><br>**Todd Kelly**<br>**22481 Wooded Ridge**<br>**Lake Zurich, IL 60047** | X | | J | | **Potential personal guaranty of debt owed by The Crescent Sound yacht club LLC and/or its owners, for the time period that the Debtor was one of the owners of this entity, now defunct.** | | | | **50,000.00** |
| **Account No.** 011010181952561<br><br>**Wachovia**<br>**P.O. Box 96074**<br>**Charlotte, NC 28296-0074** | | | - | | **Miscellaneous credit card purchases** | | | | **61.88** |
| **Account No.** 2561<br><br>**RJM Acquisitions LLC**<br>**575 Underhill Boulevard**<br>**Suite 2**<br>**Syosset, NY 11791** | | | | | **Additional Notice:**<br>**Wachovia** | | | | **Notice Only** |
| **Account No.** | | | | | | | | | |

Sheet no. __24__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | Subtotal (Total of this page) | **50,061.88** |
|---|---|---|
| | Total (Report on Summary of Schedules) | **1,448,251.32** |

B6G (Official Form 6G) (12/07)

In re    **Michael J Buono**
_____,    Case No. _____
                            Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re    **Michael J Buono**                                                                                    ,    Case No. _____
                                                              Debtor

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **2008 FREDOM, LLC**<br>**106 NORTH SEWALLS POINT ROAD**<br>**Stuart, FL 34996** | **Credit Counsel Inc.**<br>**1400 N.E. Miami Gardens Dr. # 216**<br>**Miami, FL 33179** |
| **2008 FREEDOM, LLC**<br>**106 NORTH SEWALLS POINT ROAD**<br>**Stuart, FL 34996** | **Angie Kenyon**<br>**6441 SW 145 Street**<br>**Miami, FL 33158** |
| **2008 FREEDOM, LLC**<br>**106 NORTH SEWALLS POINT ROAD**<br>**Stuart, FL 34996** | **John Lechler**<br>**3401 31st Ave SW**<br>**Naples, FL 34117** |
| **ATLAS HOLDINGS, LLC**<br>**106 N SEWALL'S POINT RD**<br>**Stuart, FL 34996** | **Art House**<br>**56 Stephenson Lane**<br>**Belfast, ME 04915** |
| **AW PARKER DEVELOPMENT, LLC**<br>**6021 EAST HWY 98**<br>**Stuart, FL 34996** | **Parker lenders LLC**<br>**75 N.E. 6th Avenue Suite 103**<br>**Delray Beach, FL 33483** |
| **AW PARKER DEVELOPMENT, LLC**<br>**6021 EAST HWY 98**<br>**Stuart, FL 34996** | **Rothstein Rosenfeldt Adler, P.A.**<br>**501 Brickell Key Drive**<br>**Miami, FL 33131** |
| **CRESCENT SOUND YACHT CLUB, LLC**<br>**106 NORTH SEWALLS POINT ROAD**<br>**Stuart, FL 34996** | **Credit Counsel Inc.**<br>**1400 N.E. Miami Gardens Dr. # 216**<br>**Miami, FL 33179** |
| **CRESCENT SOUND YACHT CLUB, LLC**<br>**106 NORTH SEWALLS POINT ROAD**<br>**Stuart, FL 34996** | **Todd Kelly**<br>**22481 Wooded Ridge**<br>**Lake Zurich, IL 60047** |
| **CRESCENT SOUND YACHT CLUB, LLC**<br>**106 NORTH SEWALLS POINT ROAD**<br>**Stuart, FL 34996** | **Rothstein Rosenfeldt Adler, P.A.**<br>**501 Brickell Key Drive**<br>**Miami, FL 33131** |
| **Leonard Albanese**<br>**1200 S Rogers Circle #11**<br>**Boca Raton, FL 33487** | **Parker lenders LLC**<br>**75 N.E. 6th Avenue Suite 103**<br>**Delray Beach, FL 33483** |
| **Leonard Albanese**<br>**1200 S Rogers Circle #11**<br>**Boca Raton, FL 33487** | **Rothstein Rosenfeldt Adler, P.A.**<br>**501 Brickell Key Drive**<br>**Miami, FL 33131** |
| **Lou Weltman**<br>**3205 NW 62nd St**<br>**Boca Raton, FL 33496** | **Parker lenders LLC**<br>**75 N.E. 6th Avenue Suite 103**<br>**Delray Beach, FL 33483** |

1

____ continuation sheets attached to Schedule of Codebtors

In re    **Michael J Buono**                                                      ,    Case No. _____

_____
Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Lou Weltman**<br>**3205 NW 62nd St**<br>**Boca Raton, FL 33496** | **Rothstein Rosenfeldt Adler, P.A.**<br>**501 Brickell Key Drive**<br>**Miami, FL 33131** |
| **Moore Construction Co**<br>**828 W. Indiantown Road Suite 104**<br>**Jupiter, FL 33458** | **A&E Realty Investment, LLC**<br>**3355 Burns Road, #104**<br>**Palm Beach Gardens, FL 33410** |
| **Village Oaks 80 Realty, LLC**<br>**3205 NW 62ND ST**□□<br>**Boca Raton, FL 33496** | **National City Bank**<br>**PO Box 5570**<br>**Cleveland, OH 44101** |
| **William Terry Sounders**<br>**7916 Timberlan Park Blvd**<br>**Jacksonville, FL 32256** | **Angie Kenyon**<br>**6441 SW 145 Street**<br>**Miami, FL 33158** |
| **William Terry Sounders**<br>**7916 Timberlan Park Blvd**<br>**Jacksonville, FL 32256** | **Art House**<br>**56 Stephenson Lane**<br>**Belfast, ME 04915** |
| **William Terry Sounders**<br>**7916 Timberlan Park Blvd**<br>**Jacksonville, FL 32256** | **Credit Counsel Inc.**<br>**1400 N.E. Miami Gardens Dr. # 216**<br>**Miami, FL 33179** |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

**B6I (Official Form 6I) (12/07)**

In re __Michael J Buono__                                                           Case No. _____
                                        Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Divorced** | RELATIONSHIP(S):<br>**None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Unemployed** | |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

| INCOME:  (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ | 0.00 | $ | N/A |
| 2. Estimate monthly overtime | $ | 0.00 | $ | N/A |
| | | | | |
| 3. SUBTOTAL | $ | 0.00 | $ | N/A |
| | | | | |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|     a. Payroll taxes and social security | $ | 0.00 | $ | N/A |
|     b. Insurance | $ | 0.00 | $ | N/A |
|     c. Union dues | $ | 0.00 | $ | N/A |
|     d. Other (Specify): | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| | | | | |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | N/A |
| | | | | |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ | N/A |
| | | | | |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | N/A |
| 8. Income from real property | $ | 0.00 | $ | N/A |
| 9. Interest and dividends | $ | 0.00 | $ | N/A |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of<br>    dependents listed above | $ | 0.00 | $ | N/A |
| 11. Social security or government assistance<br>(Specify): | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 12. Pension or retirement income | $ | 0.00 | $ | N/A |
| 13. Other monthly income<br>(Specify):   **Assistance with monthly bills from family and friends** | $ | 700.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| | | | | |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 700.00 | $ | N/A |
| | | | | |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 700.00 | $ | N/A |
| | | | | |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | | $ | 700.00 |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
    **Debtor receives financial assistance from girlfriend and family members as necessary.**

B6J (Official Form 6J) (12/07)

In re **Michael J Buono**                                                                    Case No. _____
                          Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 3,366.00 |
| a. Are real estate taxes included? | Yes **X**       No ___ | |
| b. Is property insurance included? | Yes **X**       No ___ | |
| 2. Utilities:     a. Electricity and heating fuel | | $ 24.00 |
| b. Water and sewer | | $ 80.00 |
| c. Telephone | | $ 75.00 |
| d. Other   **Cable** | | $ 160.00 |
| 3. Home maintenance (repairs and upkeep) | | $ 50.00 |
| 4. Food | | $ 250.00 |
| 5. Clothing | | $ 20.00 |
| 6. Laundry and dry cleaning | | $ 10.00 |
| 7. Medical and dental expenses | | $ 40.00 |
| 8. Transportation (not including car payments) | | $ 120.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 40.00 |
| 10. Charitable contributions | | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | | $ 0.00 |
| b. Life | | $ 0.00 |
| c. Health | | $ 369.00 |
| d. Auto | | $ 100.00 |
| e. Other _____ | | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) _____ | | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | | $ 0.00 |
| b. Other   **Second Mortgage** | | $ 2,200.00 |
| c. Other _____ | | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ 1,200.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0.00 |
| 17. Other   **Personal grooming** | | $ 50.00 |
| Other _____ | | $ 0.00 |

18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)        $ 8,154.00

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a. | Average monthly income from Line 15 of Schedule I | $ 700.00 |
| b. | Average monthly expenses from Line 18 above | $ 8,154.00 |
| c. | Monthly net income (a. minus b.) | $ -7,454.00 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re **Michael J Buono**

Debtor(s)

Case No.

Chapter **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __41__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **June  1, 2012**

Signature **/s/ Michael J Buono**

**Michael J Buono**

Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Southern District of Florida

In re  **Michael J Buono**                            Case No.

                                       Debtor(s)          Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

       This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

       Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

      *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

      *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $0.00 | **2012 - Gross Monthly Income - Debtor has not received any income from employment or operation of business in over 3 years** |
| $0.00 | **2011 - Gross Annual Income - Debtor has not received any income from employment or operation of business in over 3 years** |
| $0.00 | **2010 - Gross Annual Income - Debtor has not received any income from employment or operation of business in over 3 years** |

2

**2. Income other than from employment or operation of business**

None ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                          SOURCE

**3. Payments to creditors**

None ■

***Complete a. or b., as appropriate, and c.***

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **ROBERT T BASHWINER V MICHAEL BUONO CASE No.: 502009CA035853XXXXMB** | **COLLECTION** | **CA - CIRCUIT CIVIL  - MB - MAIN BRANCH** | **PENDING** |
| **HERBERT STETTIN, AS CHAPTER 11 TRUSTEE OF ROTHNSTEIN, ROSENFELDT, ADLER, P.A. vs. MICHAEL BUONO CASE No.:  COWE11013528/82** | **COLLECTION** | **IN THE COUNTY COURT OF THE 17TH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA** | **PENDING** |
| **WACHOVIA BANK, NATIONAL ASSOCIATION vs. MICHAEL BUONO CASE No.: 09-2786-CA** | **FORECLOSURE** | **IN THE CIRCUIT COURT OF THE 19TH JUDICIAL CIRCUIT IN AND FOR MARTIN COUNTY, FLORIDA** | **FINAL JUDGMENT ENTERED ON MAY 29, 2010** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| BANKUNITED ASSIGNEE OF THE FDIC AS RECEIVER FOR BANKUNITED, FSB vs. MICHAEL J. BUONO; UNKNOWN SPUSE OF MICHAEL J. BUONO; JOHN DOE, AS TRUSTEE OF THE DINGES FAMILY TRUST N/K/A ROBERT DINGES; WACHOVIA BANK, NATIONAL ASSOCIATION; UNKKNOWN PERSONS IN POSSESSION OF THE SUBJECT PROPERTY CASE No.: 432009CA003262XAXXXX | FORECLOSURE | IN THE CIRCUIT COURT OF THE 19TH JUDICIAL CIRCUIT IN AND FOR MARTIN COUNTY, FLORIDA | FUNAL JUDJMENT ENTERED ON MARCH 16, 2012. SALE DATE SET FOR JUNE 5, 2012. |
| EVERSON, HUBER & ASSOCIATES LLC, A FOREIGN LIMITED LIABILITY COMPANY vs. MICHAEL BUONO CASE No.: 10-155-SC | COLLECTION | IN THE COUNTY COURT IN AND FOR MARTIN COUNTY, FLORIDA | PENDING |
| CHASE BANK USA, N.A. vs. MICHAEL BUONO CASE No.: 09-2898CA | COLLECTION | IN HTE CIRCUIT COURT IN AND FOR MARTIN COUNTY, STATE OF FLORIDA | NOTICE OF VOLUNTARY DISMISSAL ENTERED ON APRIL 14, 2011 |
| TARGET NATIONAL BANK/TARGET VISA vs. MICHAEL BUONO CASE No.: 09-1743-CC | COLLECTION | IN HE COUNTY COURT IN THE NINETEENTH JUDICIAL CIRCUIT IN AND FOR MARTIN COUNTY, FLORIDA | FINAL JUDGMENT ENTERED ON FEBRUARY 15, 2011 |
| INDIGO REAL ESATE LLC vs LEONARD A. ALBANESE, MICHAEL J. BUONO AND LOUIS S. WELTMAN CASE No.: 56 2008 CA 011388 | COLLECTION | IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT IN AND FOR SAINT LUCIE COUNTY, FLORIDA | PENDING |
| PARKER LENDERS, LLC vs. AW PARKER DEVELOPMENT, LLC, LEONARD J. ALBANESE, LOUIS WELTMAN, MICHAEL BUONO AND PARKER PRESERVE LLC CASE No.: 08-422-CA | FORECLOSURE | IN THE CIRCUIT COURT OF THE FOURTHEENTH JUDICIAL CIRCUIT IN AND FOR BAY COUNTY, FLORIDA | FINAL JUDGMENT ENTERED ON AUGUST 11, 2008 |
| STATE FARM BANK F.S.B vs MICHAEL BUONO CASE No.: 11-5010-CA | COLLECTION | IN THE CIRCUIT COURT IN AND FOR MARTIN COUNTY, FLORIDA | PENDING |
| NATIONAL CITY BANK vs. WILLAGE OAKS 80 REALTY, LLCSHIVA HOLDING, LLC, BELLA ROSA HOMEWOWNERS ASSOCIATION, INC. R.B. PLUMBINGH, INC., PRECISION PLASTERING, INC., ROOF TILE SPECIALIST, INC., GARYROBERTS NURSERY & LANDSCAPE, INC., BUKLDER SERVICES GROUP, INC., STOCK BULDING SUPPLY, INC., C.S.E. PAVING OF SOUTH FLORIDA, INC., SCHULKE, BITTLE & STOPPARD L.L.C., COAST TILE & MARBLE, INC., FRANCHESHI MARBLE AND GRANITE CORP., LOUIS S. WELTMAN, MICHAEL J. BUONO CASE No.: 20081133CA09 | FORECLOSURE | IN THE CIRCUIT COURT FOR THE NINETEENTH JUDICAIL CIRCUIT IN AND FOR INDIAN RIVER COUNTY, FLORIDA | PENDING |
| ASSET ACCEPTANCE, LLC vs MICHAEL BUONO CASE No.: 12232CC | COLLECTION | IN THE COUNTY COURT, IN AND FOR MARTIN COUNTY, FLORIDA CIVIL DIVISION | PENDING |

None ■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

4

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None ■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None ■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None ■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

5

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **KELLEY & FULTON, P.L.**<br>**1665 Palm Beach Lakes Boulevard**<br>**The Forum - Suite 1000**<br>**West Palm Beach, FL 33401** | **5/16/2012** | **Attorney Fees: $3,500.00**<br>**Filing Fees: $306.00**<br>**Costs: $189.00** |
| **Credit Card Management Services**<br>**4611 Okeechobee Boulevard**<br>**Suite 114**<br>**West Palm Beach, FL 33417** | **5/23/2012** | **$35.00** |

**10. Other transfers**

None
☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Sold Through Broker** | **May 2011** | **Vehicle sold.**<br>**1998 BMW 740IL**<br>**VIN: WBAGJ8320WDM09900**<br><br>**Sale price = $5,000**<br><br>**Money received from transaction=$5,000**<br>**Proceeds used for ordinary living expenses** |
| **Joseph Buono**<br>**1105 W Cypress Dr**<br>**Arlington Heights, IL 60005**<br>    **Brother** | **12/6/2011** | **Debtor took his name off from a title of a vehicle that was paid for and belonged to his brother.**<br><br>**2002 BMW 745I**<br>**VIN:  WBAGL63472DP52973**<br><br>**Money received from transaction = $0.00** |

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12.  Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13.  Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16.  Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **AW PARKER DEVELOPMENT, LLC** | 203893873 | **6021 EAST HWY 98 Stuart, FL 34996** | **Real Estate** | **12/06/2005 to 09/25/2009** |
| **SALOCIN 78, LLC** | 202568179 | **106 N. SEWALLS PT RD Stuart, FL 34996** | **Real Estate** | **03/18/2005 to 9/25/2009** |
| **EKIM MANAGEMENT LLC** | 202004603 | **106 N. SEWALLS POINT ROAD Stuart, FL 34996** | **Real Estate** | **11/18/2004 to 9/25/2009** |

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| KEWANEE HOMES LLC | 202004465 | 106 N SEWALLS POINT ROAD Stuart, FL 34996 | Real Estate | 01/23/2004 to 9/25/2009 |
| ATLAS HOLDINGS, LLC | 208517349 | 106 N SEWALL'S POINT RD Stuart, FL 34996 | Real Estate | 10/11/2007 to 9/25/2009 |
| GALLERIA ENTERPRISES, INC. | 202756670 | 106 N SEWALLS POINT ROAD Stuart, FL 34996 | Real Estate | 01/13/2003 to 9/25/2009 |
| BLUE RIBBON MILLWORKS, LLC | 203747732 | 102 MARLAND STREET Tuscumbia, AL 35674 | Real Estate | 11/14/2006 to 9/14/2007 |
| LEACHIM99 LLC | 5438 | 106 N. SEWALLS PT RD Stuart, FL 34996 | Real Estate | 08/29/2005 to 9/25/2009 |
| 2008 FREEDOM, LLC | 208900468 | 106 NORTH SEWALLS POINT ROAD Stuart, FL 34996 | Real Estate | 04/30/2007 to 9/25/2011 |
| CRESCENT SOUND YACHT CLUB, LLC | 5438 | 106 NORTH SEWALLS POINT ROAD Stuart, FL 34996 | Real Estate | 03/12/2007 to 9/25/2009 |
| INTERNATIONAL CAPITAL SOLUTIONS LLC | 5438 | 106 N SEWALLS PT RD Stuart, FL 34996 | Real Estate | 10/11/2010 to 9/23/2011 |

None
■
   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                    ADDRESS

    The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

    *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
■
   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                    DATES SERVICES RENDERED

None
■
   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                              ADDRESS                              DATES SERVICES RENDERED

None
☐
   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

9

| NAME | ADDRESS |
|------|---------|
| **Michael Buono** | **106 N. Sewalls Pt. Road**<br>**Stuart, FL 34996** |
| **William Terry Sounders** | **7916 Timberlan Park Blvd**<br>**Jacksonville, FL 32256** |

None ■  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                    DATE ISSUED

---

### 20. Inventories

None ■  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY            INVENTORY SUPERVISOR            DOLLAR AMOUNT OF INVENTORY
(Specify cost, market or other basis)

None ■  b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY                          NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
RECORDS

---

### 21 . Current Partners, Officers, Directors and Shareholders

None ■  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS            NATURE OF INTEREST            PERCENTAGE OF INTEREST

None ■  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS            TITLE            NATURE AND PERCENTAGE
OF STOCK OWNERSHIP

---

### 22 . Former partners, officers, directors and shareholders

None ■  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                          ADDRESS                          DATE OF WITHDRAWAL

None ■  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS            TITLE            DATE OF TERMINATION

---

### 23 . Withdrawals from a partnership or distributions by a corporation

None ■  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS
OF RECIPIENT,                    DATE AND PURPOSE                    AMOUNT OF MONEY
RELATIONSHIP TO DEBTOR            OF WITHDRAWAL                    OR DESCRIPTION AND
VALUE OF PROPERTY

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                          TAXPAYER IDENTIFICATION NUMBER (EIN)

11

**DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   **June  1, 2012**                   Signature   **/s/ Michael J Buono**

                                                       **Michael J Buono**

                                                       Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Southern District of Florida

In re   **Michael J Buono** _____    Case No. _____

Debtor(s)    Chapter   **7** _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by
property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Bank Of America** | **Describe Property Securing Debt:**<br>**Final Judgment entered on September 29, 2010.**<br>**1997 Ford F530F RV**<br>**3FCMF53G3VJA01400** |

Property will be (check one):
- ■ Surrendered                                    ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt                              ■ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**Bank United** | **Describe Property Securing Debt:**<br>**Property Address: 106 N. Sewalls Pt. Road Stuart, FL 34996.**<br>**Leagal Description:  Parcel No.:**<br>**35-37-41000-000-0010.0-10000.**<br>**FINAL JUDJMENT ENTERED ON MARCH 16, 2012. SALE**<br>**DATE SET FOR JUNE 5, 2012.** |

Property will be (check one):
- ☐ Surrendered                                    ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ■ Other.  Explain  **Claimed as exempt**  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt                              ☐ Not claimed as exempt

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Wells Fargo / Wachovia** | **Describe Property Securing Debt:**<br>**Property Address: 106 N. Sewalls Pt. Road Stuart, FL 34996.**<br>**Leagal Description: Parcel No.:**<br>**35-37-41000-000-0010.0-10000.**<br>**FINAL JUDGMENT ENTERED ON MAY 29, 2010** |

Property will be (check one):
- ☐ Surrendered                     ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ■ Other.  Explain __Claimed as exempt__  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt                     ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐  YES          ☐  NO |

B8 (Form 8) (12/08)                                                                                                    Page 3

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **June  1, 2012**                          Signature    **/s/ Michael J Buono**
                                                             **Michael J Buono**
                                                             Debtor

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

With limited exceptions, **§ 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $46 administrative fee: Total fee $1046)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Southern District of Florida

In re   **Michael J Buono** _____

               Debtor(s)

Case No. _____

Chapter   **7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Michael J Buono** _____

Printed Name(s) of Debtor(s)

X _____   6-1-2012

     Signature of Debtor         Date

Case No. (if known) _____

X _____

     Signature of Joint Debtor (if any)     Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

```
2008 FREDOM, LLC
106 NORTH SEWALLS POINT ROAD
Stuart, FL 34996


2008 FREEDOM, LLC
106 NORTH SEWALLS POINT ROAD
Stuart, FL 34996


A&E Realty Investment, LLC
3355 Burns Road, #104
Palm Beach Gardens, FL 33410


ACI
6341 Inducon Drive Eaast
Sanborn, NY 14132-9097


Alliance One
4850 Street Road
Suite 300
Trevose, PA 19053


American Coradius International
2420 Sweet Home Road
Suite 150
Buffalo, NY 14228


American Express
American Express Special Research
Po Box 981540
El Paso, TX 79998


American Express
P.O. Box 981537
El Paso, TX 79998


AmTrust Bank
PO Box 89434
Cleveland, OH 44101-6434


Andria Barber
2636 Settlement Drive
Jacksonville, FL 32226
```

```
Angie Kenyon
6441 SW 145 Street
Miami, FL 33158


ARSI
P.O. Box 1625
Thousand Oaks, CA 91358


Art House
56 Stephenson Lane
Belfast, ME 04915


Asset Acceptance Llc
Attention: Bankruptcy
Po Box 2036
Warren, MI 48090


Asset Acceptance, LLC
PO Box 2039
Warren, MI 48090-2039


Associated Recovery Systems
201 West Grand Avenue
Escondido, CA 92025


ATLAS HOLDINGS, LLC
106 N SEWALL'S POINT RD
Stuart, FL 34996


AW PARKER DEVELOPMENT, LLC
6021 EAST HWY 98
Stuart, FL 34996


Bank Of America
4060 Ogletown/Stanton Rd
Newark, DE 19713


Bank Of America
Po Box 5170
Simi Valley, CA 93062


Bank United
P.O. Box 660923
Dallas, TX 75266
```

Bob Dinges
2514 Red Arrow Dr
Las Vegas, NV 89135


Bray & Lunsford, P.A.
421 W Church Street
Jacksonville, FL 32202-4173


Broadway Security
P.O. Box 660418
Dallas, TX 75266


Capital Management Services, Inc.
726 Exchange Street
Suite 700
Buffalo, NY 14210


Capital Management Services, LP
726 Exchange Street, Suite 700
Buffalo, NY 14210


CBE Group
131 Tower Park Drive
Suite 1
Waterloo, IA 50702


Chase
201 N. Walnut St//De1-1027
Wilmington, DE 19801


Chase
P.O. Box 15153
Wilmington, DE 19886-1194


Chase Bank
Cardmember Service
P.O. Box 15153
Wilmington, DE 19886-5153


Chase Bank USA
P.O. Box 15298
Wilmington, DE 19850

Chase Bank, USA
P.O. Box 15650
Wilmington, DE 19886-5650


CIGPF Corp
P.O. Box 23060
Columbus, GA 31902


Citibank
P.O. Box 6532
The Lakes, NV 88901-6532


Collect Systems
P.O. Box 361567
Columbus, OH 43236


Credit Counsel Inc.
1400 N.E. Miami Gardens Dr. # 216
Miami, FL 33179


Creditors Interchange
P.O. Box 1335
Buffalo, NY 14240-1335


CRESCENT SOUND YACHT CLUB, LLC
106 NORTH SEWALLS POINT ROAD
Stuart, FL 34996


Discover Financial
Attention: Bankruptcy Department
Po Box 3025
New Albany, OH 43054


Everson, Huber & Associates LLC
3535 Roswell Road   Suite 55
Marietta, GA 30062


FIA Card
PO Box 15026
Wilmington, DE 19850-5026


Fidelity Federal Bank & Trust
205 Datura Street
West Palm Beach, FL 33401

Financial Recovery Services, Inc
P.O. Box 385908
Minneapolis, MN 55438-5908


Financial Recovery Services, Inc.
P.O. Box 385908
Minneapolis, MN 55438


FIRST EQUITY
PO BOX 23029
Columbus, GA 31902


FirstSource
7650 Magna Drive
Belleville, IL 62223


Focus Receivables Management
5601 Office Blvd. NE, Ste 500
Albuquerque, NM 87109


Frederick J. Hanna & Associates PC
1655 Enterprise Way
Marietta, GA 30067


Fulton Friedaman & Gullace, LLP
P.O. Box 2124
Warren, MI 48090


GB Collects, LLC
145 Bradford Drive
West Berlin, NJ 08091


GE Money Bank
P.O. Box 981438
El Paso, TX 79998-1438


GE Money Bank/lowe's
P.O. Box 981438
El Paso, TX 79998-1438


GRAYROBINSON, P.A.
1795 West Masa Blvd
Melbourne, FL 32901

Greenspoon Marder, PA
250 Australian Ave
West Palm Beach, FL 33401


Gulf Coast Collection
5630 Marquesas Cir
Sarasota, FL 34233


Guy Yudin & Foster, LLP
55 East Ocean Blvd
Stuart, FL 34994


Herbert Stettin
1 Biscayne Tower Ste 3250
Miami, FL 33131


Humana
P.O. Box 740518
Atlanta, GA 30374


Indigo Real Estate LLC
296 Indigo Blue Street
Delaware, OH 43015


John Lechler
3401 31st Ave SW
Naples, FL 34117


Kahane & Associates, P.A.
8201 Peters Road, Suite 3000
Fort Lauderdale, FL 33324


Kris Svelling
13550 old Dixie Hwy
Sebastian, FL 32958


Law Office of Erskine & Fleisher
55 Weston Road Suite 300
Fort Lauderdale, FL 33326


Law Office of Mitchell M. Kay PC
7 Penn Plaza
New York, NY 10001-3995

Leonard Albanese
1200 S Rogers Circle #11
Boca Raton, FL 33487


Lou Weltman
3205 NW 62nd St
Boca Raton, FL 33496


LTD Financial Services
7322 Southwest Freeway, Suite 1600
Houston, TX 77074


Marlin Leasing
300 Fellowship Road
Mount Laurel, NJ 08054


MCM
P.O. BOx 603
Oaks, PA 19456


MCM
Dept 12421
PO Box 603
Oaks, PA 19456


Midland Funding
8875 Aero Dr Ste 200
San Diego, CA 92123


Midland Funding, LLC
8875 Aero Drive Suite 200
San Diego, CA 92123


Mike Kilinski
P.O. Box 3314
Saratoga Springs, NY 12866


Moore Construction Co
828 W. Indiantown Road Suite 104
Jupiter, FL 33458


National City Bank
PO Box 5570
Cleveland, OH 44101

Nationwide Credit, Inc.
4740 N State Road 7
Suite 108
Lauderdale Lakes, FL 33319-5839


NCC Business Services, Inc.
3733 University Blvd., W Ste 300
Jacksonville, FL 32217


NCO Financial
507 Prudential Road
Horsham, PA 19044


Nelson, Watson & Associates, LLC
88 Essex St.,
Suite 7
Haverhill, MA 01832


NES - National Enterprise System
29125 Solon Road
Solon, OH 44139


Northstar Location Services, LLC
4285 Genesee Street
Cheektowaga, NY 14225-1943


Parker lenders LLC
75 N.E. 6th Avenue Suite 103
Delray Beach, FL 33483


Pathman Lewis, LLP
One Biscayne Tower, Suite 2400
Miami, FL 33131


Petron Associates LLC
P.P. Box 5598
Newark, DE 19714


Philip A. Orsi, Esq
1191 E Newport Center Dr #101
Deerfield Beach, FL 33442


Plaza Associates
370 7th Avenue
New York, NY 10001-3900

Prime Point Properties LLC
12 Cedearcrest Dr.
Saratoga Springs, NY 12866


Professional Recovery Services
P.O. Box 1880
Voorhees, NJ 08043


Progressive Financial Services, LLC
P.O. BOx 24216
Tempe, AZ 85285


Resurgent Capital Service
P.O. Box 10587
Greenville, SC 29601


RJM Acquisitions LLC
575 Underhill Boulevard
Suite 2
Syosset, NY 11791


RMR
409 Bearden Paark Circle
Knoxville, TN 37919


RMS
4838 Breksville Rd
PO Box 523
Richfield, OH 44286


Robert Bashwiner
5964 Set-n-Sun Place
Jupiter, FL 33458


Rothstein Rosenfeldt Adler, P.A.
501 Brickell Key Drive
Miami, FL 33131


Rubin & Debski, P.A.
P.O. Box 47718
Jacksonville, FL 32247


Rush, Marshall, Jones & Kelly, P.A.
109 East Church Street, Fifth Floor
Orlando, FL 32802

Sapurstein & Bloch, P.A.
9700 South Dixie Highway Suite 1000
Miami, FL 33156


Seth Lipson
1920 Palm Beach Lakes Blvd
West Palm Beach, FL 33409


Sheridan Health Corp Inc
P.O. Box 817737
Hollywood, FL 33081


Shutts & Bowen LLP
525 Okeechobee Blvd Suite 1100
Suite 1500
West Palm Beach, FL 33401


Simm Associates, Inc
P.O. Box 7526
Newark, DE 19714-7526


Small Business Administration
801 Tom Martin Drive, Ste 120
Birmingham, AL 35211


Southern Goals Inc.
506 SW Federal Hwy
Stuart, FL 34994


Sprechman & Associates, P.A.
Steven B. Sprechman, Esq.
File No. 52967
2775 Sunny Isles Blve, Suite 100
Miami, FL 33160-4007


SRA Associates, Inc.
401 Minnetonka Road
Hi Nella, NJ 08083


Sst/cigpficorp
4315 Pickett Rd
Saint Joseph, MO 64503

ST Vincent's Birmingham
810 St. Vincent Drive
Birmingham, AL 35205


State Farm Financial S
Po Box 2328
Bloomington, IL 61702


Steven Jensen
222 San Remo Dr
Jupiter, FL 33458


The Law Office of Sidney Mickell
5050 Palo Verde Street, Suite 113
Montclair, CA 91763


Tnb-Visa  (TV) / Target
C/O Financial & Retail Services
Mailstop BV  P.O.Box 9475
Minneapolis, MN 55440


Todd Kelly
22481 Wooded Ridge
Lake Zurich, IL 60047


United Collection Bureau, Inc.
PO Box 140190
Toledo, OH 43614


Valentine & Kebartas, Inc.
15 Union Street
Lawrence, MA 01840


VCS-Viking Collection Svc-Correspondence
P.O. Box 59207
Minneapolis, MN 55459-0207


Village Oaks 80 Realty, LLC
3205 NW 62ND ST
Boca Raton, FL 33496


Wachovia
P.O. Box 96074
Charlotte, NC 28296-0074

```
Wagner & Hunt, P.A.
P.O. Box 934788
Margate, FL 33093-4788


Weintraub & Weintraub, P.A.
2700 North Military Trail Suite 355
Boca Raton, FL 33431


Wells Fargo / Wachovia
Po Box 50014
Roanoke, VA 24040


William Terry Sounders
7916 Timberlan Park Blvd
Jacksonville, FL 32256
```